**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JAMES PENNY
ADC #106289                                                                                            PLAINTIFF

V.                                    2:09CV00005 JMM/JTR

ESSIE E. CLAY,
Disciplinary Hearing Officer
East Arkansas Regional Unit, et al.                                                         DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE